IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STEVEN CLAYTON THOMASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv160-MHT |
| | ) | (WO) |
| STEVEN T. MARSHALL | ) | |
| (Attorney General of the | ) | |
| State of Alabama), | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner filed this lawsuit seeking habeas relief. The court denied the petition for lack of jurisdiction because petitioner was not in custody when he filed the petition. *See* Order (doc. no. 22). Petitioner then filed what he called a "Motion for Relief Under Rule 60(b)" (doc. no. 27). This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's motion be dismissed as a successive § 2254 petition filed without the required appellate court authorization, and that, to the extent it attacks

**some defect in the integrity of the prior federal habeas proceedings, the motion be denied. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation adopted.**

**An appropriate judgment will be entered.**

**DONE, this the 31st day of March, 2020.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**