IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEVEN CLAYTON THOMASON,     )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       2:19cv160-MHT
                             )            (WO)
STEVEN T. MARSHALL           )
(Attorney General of the     )
State of Alabama),           )
                             )
     Defendant.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (doc. no. 29) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 28) is adopted.

(3) Petitioner's "Motion for Relief Under Rule 60(b)" (doc. no. 27) is dismissed as a successive § 2254 petition filed without the required appellate court authorization, and, to the extent it attacks some

defect in the integrity of the prior federal habeas proceedings, it is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of March, 2020.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**