IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEVEN CLAYTON THOMASON,    )<br>                             )<br>     Petitioner,            )<br>                             )<br>     v.                      )<br>                             )<br>STEVEN T. MARSHALL           )<br>(Attorney General of the    )<br>State of Alabama),           )<br>                             )<br>     Respondent.             ) | CIVIL ACTION NO.<br>2:19cv160-MHT<br>(WO) |

ORDER

It is ORDERED that petitioner's motion for judgment under Federal Rule of Civil Procedure 52(c) (doc. no. 34) is denied.

Because this case was dismissed for lack of jurisdiction, and because there has been no trial in this case, Rule 52(c) does not apply here. *See* Fed. R. Civ. P. 52(c) ("If a party has been fully heard on an issue during a nonjury trial and the court finds against the party on that issue, the court may enter judgment against the party on a claim or defense that, under the controlling law, can be maintained or

defeated only with a favorable finding on that issue.").

This case remains closed.

DONE, this the 29th day of May, 2020.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**